AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DEREK NOFTSGER, (DOB: XXXXXXXXX)
THOMAS HODO, (DOB: XXXXXXXX)

*Defendant(s)*

)
)  Case: 1:24-mj-00251
)  Assigned to: Judge Faruqui, Zia M.
)  Assign Date: 8/14/2024
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Offense Description*

**DEREK NOFTSGER**
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 111(a)(1) and (b)- Assaulting, Resisting, or Impeding, Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 1752(a)(1)-Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)-Act of Physical Violence in the Capitol Grounds or Buildings.

**THOMAS HODO**
18 U.S.C. § 231(a)(3)-Civil Disorder,
18 U.S.C. § 1752(a)(1)-Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/14/2024__

City and state: __Washington, D.C.__

*Judge's signature*

__Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*