AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00251 |
| THOMAS HODO | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 8/14/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS HODO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

THOMAS HODO
18 U.S.C. § 231(a)(3)-Civil Disorder,
18 U.S.C. § 1752(a)(1)-Entering and Remaining in a Restricted Building or Grounds,
(18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building.

Date: 08/14/2024

*Zia M. Faruqui*
Digitally signed by Zia M. Faruqui
Date: 2024.08.14 17:14:28 -04'00'

Issuing officer's signature

City and state: Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 08/16/24, and the person was arrested on (date) 08/20/24
at (city and state) PHOENIX, AZ.

Date: 08/20/24

*W.St*
Arresting officer's signature

SA WYATT STORM
Printed name and title